1  **SID M. ROSENBERG, ESQ., SBN 129158**
   **LAW OFFICES OF ROSENBERG & LINK**
2  **AN ASSOCIATION OF**
   **PROFESSIONAL LAW CORPORATIONS**
3  **725 30TH STREET, SUITE 107**
   **SACRAMENTO, CA  95816**
4  **Telephone:    (916) 447-8101**
   **Facsimile:    (916) 447-4750**
5

6  **ATTORNEY FOR DEFENDANT,**
   **THE DEMMON FAMILY PARTNERSHIP**
7

8                              IN THE UNITED STATES DISTRICT COURT

9                         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   **SCOTT N. JOHNSON,**                          **CASE NO. 2:10-CV-01891-MCE-KJN**
11

12                    **Plaintiff.**                  **STIPULATION AND ORDER**
   v.                                             **TO SET ASIDE DEFAULT**
13
   **THE DEMMON FAMILY**
14 **PARTNERSHIP,**

15                    **Defendant.**

16

17                                      **STIPULATION**

18         IT IS HEREBY STIPULATED by and between SCOTT N. JOHNSON, ESQ., plaintiff, in

19  Propria Persona, and THE DEMMON FAMILY PARTNERSHIP, defendant, by and through their

20  counsel, Sid M. Rosenberg, Esq., of the Law Offices of Rosenberg & Link, that the default

21  previously entered in the above-entitled action against defendant, THE DEMMON FAMILY

22  PARTNERSHIP, on October 12, 2010, be set aside.

23

24

25  Dated: November ___, 2010                    _____
                                                 SCOTT N. JOHNSON, ESQ.
26                                               Plaintiff, In Propria Persona

27

28

                                                 1
                     **STIPULATION AND ORDER TO SET ASIDE DEFAULT**

**LAW OFFICES OF ROSENBERG & LINK**
An Association of Professional Law Corporations

Dated: November ___, 2010

_____
Sid M. Rosenberg, Esq.
Attorney for Defendant,
The Demmon Family Partnership

## ORDER

The stipulation to set aside the default having been presented, and good cause appearing therefore,

**IT IS ORDERED**, that the Default entered by the court on October 28, 2010, as against defendant, The Demmon Family Partnership, be set aside. Defendant shall have 10 days following the date of service of Notice of Entry of this Order to file their response to the complaint on file herein.

IT IS SO ORDERED.

Dated: November 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE