UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  No. 2:10-cv-01891-MCE-KJN

      Plaintiff,

  v.  ORDER CONTINUING TRIAL

THE DEMMON FAMILY PARTNERSHIP,

      Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the October 15, 2012 bench trial is vacated and continued to **March 18, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 10, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the August 23, 2012 Final Pretrial Conference is vacated and continued to **January 24, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 13, 2013,** and shall comply with the procedures outlined in the Court's March 9, 2011 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 13, 2013**.  Oppositions must be filed by **January 10, 2013**, and any reply must be filed by **January 17, 2013**.  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE