SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson            )  Case No. **2:10-cv-01891-MCE-KJN**
                            )
        Plaintiff,          )  **ORDER RE: STIPULATED DISMISSAL**
                            )
    vs.                     )
                            )
The Demmon Family Partnership, )
                            )
                            )
        Defendant           )
                            )
_____)

    IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).  The Clerk of the Court is directed to close this case.

Dated:   December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATED DISMISSAL

CIV: S-10-cv-01891-MCE-KJN- 1